# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**CROP PRODUCTION SERVICES, INC.**          **CIVIL ACTION NO. 16-0907**

**VERSUS**                                                          **JUDGE ROBERT G. JAMES**

**DICKERSON AGRICULTURAL**
**PARTNERSHIP, ET AL**                              **MAG. JUDGE JOSEPH PEREZ-MONTES**

## JUDGMENT BY DEFAULT

Defendant, Thomas A. Dickerson, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff, Crop Production Services, Inc., and upon affidavit that defendant is indebted to plaintiff in the principal sum hereafter set forth, plus interest thereon; and that defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff, **CROP PRODUCTION SERVICES, INC.**, is awarded judgment against defendant, Thomas A. Dickerson, in solido with any other person or entity found to be liable for the debt, ordering and condemning him to pay unto Crop Production Services, Inc.:

   A.   For crop year 2014, judgment in the amount of $1,027,165.22, with contract interest of 7.75% per annum from January 8, 2014 until paid on the sum of $766,298.00, together with an award of 25% attorneys' fees as stipulated in the note calculated solely upon the note amount; and further with judicial interest as provided by Louisiana law from the date of judgment on the sum of $260,067.22, the debt amount exceeding the face amount of the note, until paid; and

   B.   For crop year 2015, judgment in the amount of $1,915,680.24, with contract interest of 7.75% per annum from January 13, 2015 until paid on the sum of $1,666,613.00, together with an award of 25% attorneys' fees as stipulated in the note calculated solely upon the note amount; and further with judicial interest as provided by


Louisiana law from the date of judgment on the sum of $249,067.24, the debt amount exceeding the face amount of the note, until paid.

MONROE, LOUISIANA, this 28th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE